THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CAMERON L. SCHROEDER (Cal. State Bar No.: pending)
Assistant United States Attorney
General Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0596
     Facsimile: (213) 894-7631
     E-mail: cameron.schroeder@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED: 1/15/2008**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER JIN JUNG, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 07-1072-GHK <br><br> **[PROPOSED] FINDINGS AND ORDER REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT** |

A status conference having been held on January 7, 2008, with all parties present and represented by counsel, and good cause appearing, the Court hereby finds:

1. Defendant first appeared before a judicial officer in the court in which this charge is pending on November 19, 2007. The Indictment in this case was filed on September 27, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq. ("Speedy Trial Act"), originally required that the trial commence on or before January 28, 2008.

2. On November 19, 2007, defendant was arraigned on the

Indictment.

3.  At the status conference on January 7, 2008, defense counsel represented to the Court that he desired additional time to conduct additional investigation and prepare this case for trial, and that failure to grant a continuance would deny him the reasonable time necessary for effective preparation.  The government did not object to the requested continuance.  The defendant knowingly and voluntarily waived his rights under the Speedy Trial Act and indicated on the record that he did not object to the continuance.

4.  The Court granted defendant's request and set a new status conference for January 28, 2008.

5.  Based on the above-stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6.  The time period of January 7, 2008 to January 28, 2008, inclusive, is excludable under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because it results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

7.  Nothing in this Order shall preclude a finding that

other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that, for the reasons set forth above, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., within which trial must commence:

The time period from January 7, 2008 to January 28, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that a status conference is set for January 28, 2008 at 3:30 p.m.

DATED this __15__ day of January 2008.

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

     /s/
_____
CAMERON L. SCHROEDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3